THE PEOPLE OF THE STATE OF NEW YORK *ex 'rel.* WILLIAM H. BENTON *v.* JACOB WORTH, *Commissioner of the Department of Fire in the City of Brooklyn.* — Removal of relator affirmed, with costs. Opinion by GILBERT, J.

ELIZABETH STEINLE, *Appellant, v.* MARGARET OESCHLER, *Executrix, etc., Respondent.* — Decree of surrogate affirmed, with costs. Opinion by GILBERT, J.

JOHN LEE *v.* BRIDGET DELAHANTY and others. — Motion for reargument denied, with ten dollars costs. Opinion by BARNARD, P. J., DYKMAN, J., not sitting.

THOMAS MCGAULEY, *Appellant, v.* ANN EARLY, *Individually and as Executrix, etc., of* ANN MCGAULEY, *Deceased,* and others, *Respondents.* — Decree of surrogate affirmed, with costs. Opinion by GILBERT, J.

SARAH E. SARLES, *Appellant, v.* JOHN BETTS, *Respondent.* — Order affirmed, with costs and disbursements. Opinion by DYKMAN, J.

HENRY N. WRIGHT, *Appellant, v.* THE CONGREGATIONAL SOCIETY OF NORTHVILLE, *Respondent.* — Order affirmed, with costs and disbursements. Opinion by BARNARD, P. J.; DYKMAN, J., not sitting.

NARCISSUS E. CHAMBERLAIN, *Appellant, v.* THOMAS A. CHAMBERLAIN, *Respondent.* — Motion denied, with ten dollars costs and disbursements. Opinion by GILBERT, J.

THOMAS R. DAWLEY, *Appellant, v.* DANIEL ALSDORF, *Respondent.* — Motion denied. Opinion by DYKMAN, J.; BARNARD, P. J., not sitting.

FREDERICA M. KINNEY, *Appellant, v.* WILLIAM D. NICHOLS and ADELBERT S. NICHOLS, *Respondents.* — Order affirmed, with costs and disbursements. Opinion by DYKMAN, J.

JAMES E. MARTINHOFF, *Appellant, v.* ANN MARTINHOFF, *Executrix, etc.,* and another, *Respondents.* — Order affirmed, with ten dollars costs and disbursements. Opinion by BARNARD, P. J.

WILLIAM H. HOMAN, *Appellant, v.* GEORGE P. BYRNE, *Respondent.* — Order affirmed, with ten dollars costs and disbursements. Opinion by GILBERT, J.; BARNARD, P. J., not sitting.